**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 09-939-GW |
| | ) | |
|        Plaintiff, | ) | **AMENDED** JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE AND COMMITMENT ORDER |
|   v. | ) | |
| 19. RAUL SORIANO, | ) | |
| | ) | |
|        Defendant. | ) | |
| _____ | ) | |

    On November 28, 2016, attorney for the Government, Christopher M. Brunwin, U.S. Probation Officer Matthew Mercer and the Defendant appeared in person with appointed counsel, Michael S. Chernis; and the Defendant, after having been advised of the six-count allegations contained in the Petition on Probation and Supervised Release filed November 3, 2016, admitted to the truthfulness of the six allegations.

    Whereas, the Defendant has admitted that he violated the conditions of Supervised Release Orders imposed on November 13, 2014, the Court finds the Defendant in violation of his Supervised Release order.

//

//

1    IT IS THE JUDGMENT OF THE COURT, that Defendant's period of
2 supervised released is reinstated under the same terms and conditions
3 with the added conditions: (1) The Defendant shall reside at,
4 participate in and successfully complete a residential substance abuse
5 treatment and counseling program approved by the United States Probation
6 Office, that includes drug testing to determine whether he has reverted
7 to the use of drugs or alcohol; and the Defendant shall observe the
8 rules of that facility.  The defendant shall participate for a period of
9 180 days in a home detention program which may include electronic
10 monitoring, GPS, Alcohol Monitoring Unit or automated identification
11 systems and shall observe all rules of such program, as directed by the
12 Probation Officer.  The defendant shall maintain a residential telephone
13 line without devices and/or services that may interrupt operation of the
14 monitoring equipment.  Additionally the Court waives the co-payment as
15 the defendant does not have the means to pay. (2) At the direction of
16 the Probation Officer, the Defendant shall reside for a period of 6
17 months in a residential reentry center community corrections component,
18 as directed by the Probation Officer, and shall observe the rules of
19 that facility.  If necessary, Defendant shall submit to weekly check-ins
20 while waiting for placement; and (3) The Defendant shall submit his
21 person and property to search or seizure at any time of the day or
22 night, by any law enforcement officer, with or without a warrant, and
23 with or without reasonable or probable cause.
24 //
25 //
26 //
27
28

IT IS ORDERED that the Clerk deliver a copy of this judgment and Probation/Commitment Order to the U.S. Marshal and the U.S. Probation Office.

DATE: November 30, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

FILED:
KIRY K. GRAY, CLERK

by Javier Gonzalez
    Deputy Clerk